IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| LEONARD SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:05-cv-0496-RRA |
| LLOYD H. LITTLE, et al., | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 22, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as barred by the appropriate statute of limitations and for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b). No objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 15th day of November, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE